No. 00–7353. NEALY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–7355. THOMAS v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 00–7362. FLOYD v. HORN, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–7363. GRIGGS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–7365. CHAPMAN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–7366. GECE v. ATLANTIC CITY MEDICAL CENTER. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–7367. HARRISON v. FORD ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–7370. FOSTER v. DEPARTMENT OF JUSTICE. C. A. 8th Cir. Certiorari denied.

No. 00–7371. HANKINS v. BOONE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–7373. BEDFORD v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–7375. HAMILTON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–7376. HORSLEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7378. FARRAR v. BAYER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 00–7379. GLASS v. COWLEY, WARDEN. C. A. 10th Cir. Certiorari denied.